**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

RYAN GOLDBERG
(516) 357-3525
ryan.goldberg@rivkin.com

*Status report regarding settlement discussions due in 60 days.*

November 21, 2012

SO ORDERED.

/s/ CHERYL L. POLLAK   / /
United States Magistrate Judge

**By ECF**
Honorable Cheryl Pollak
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11215

Re:   Government Employees Ins. Co., et al. v. Eva Gateva, MD, et al.
      Docket No. CV 12-4236 (MKB)(CLP)

Dear Judge Pollak:

We represent Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO"), in the above-referenced matter. Pursuant to the Court's direction, please allow this letter to serve as a status report.

As you know, to date, no Defendants have appeared in this action. The Court has entered Certificates of Default against Eva Gateva, MD, Hollis Medical Services, P.C., Park Avenue Medical Care, P.C., Gentle Care Medical Services, P.C., and Excellent Medical Care Solution, P.C. (collectively "PC Defendants"). At this time, GEICO is considering its options against the PC Defendants, including requesting permission to file a motion seeking default judgments against the PC Defendants.

With respect to Defendants, Jacob Leviev and NY Basic Management Corp. (collectively "Management Defendants"), GEICO and the Management Defendants have been engaged in settlement discussions and are hopeful the claims against them can be resolved without the need for any further litigation.

Respectfully submitted,

RIVKIN RADLER LLP

Ryan Goldberg

RG/kd

2686380 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000   F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555   F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460   F 201.489.0495