# RIVKIN RADLER

**ATTORNEYS AT LAW**

WWW.RIVKINRADLER.COM

**RYAN GOLDBERG**
(516) 357-3525
ryan.goldberg@rivkin.com

January 28, 2013

**By ECF**
Honorable Cheryl Pollak
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11215

**Re:   Government Employees Ins. Co., et al. v. Eva Gateva, MD, et al.**
**Docket No. CV 12-4236 (MKB)(CLP)**

Dear Judge Pollak:

We represent Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO"), in the above-referenced matter.  Pursuant to the Court's direction, please allow this letter to serve as a status report.

As you know, to date, no Defendants have appeared in this action.  The Court has entered Certificates of Default against Eva Gateva, MD, Hollis Medical Services, P.C., Park Avenue Medical Care, P.C., Gentle Care Medical Services, P.C., and Excellent Medical Care Solution, P.C. (collectively "PC Defendants").  At this time, GEICO is considering its options against the PC Defendants, including requesting permission to file a motion seeking default judgments against the PC Defendants.

Prior to requesting permission to file a motion seeking default judgments against the PC Defendants, GEICO is finalizing a settlement agreement with Defendants, Jacob Leviev and NY Basic Management Corp. (collectively "Management Defendants"), GEICO and the Management Defendants have agreed in principle on the terms of a settlement and are in the process of finalizing and executing the agreement.  We are hopeful that the agreement can be finalized and the claims against them can be resolved without the need for any further litigation.

Upon completion of the settlement agreement with the Management Defendants, GEICO can consider its options with respect to the remaining defaulting defendants.

Very truly yours,

RIVKIN RADLER LLP

Ryan Goldberg

*Plaintiff to submit*
*Status Report*
*by March 1.*
*So Ordered*

RG/kd

271928 RKR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street  /s/  CHERYL POLLAK
West Wing, Suite 158
Hackensack, NJ 07601-7021   1/29/13
T 201.287.2460  F 201.489.0495