

WWW.RIVKINRADLER.COM

RYAN GOLDBERG
(516) 357-3525
ryan.goldberg@rivkin.com

March 1, 2013

**By ECF**
Honorable Cheryl Pollak
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11215

    Re:    **Government Employees Ins. Co., et al. v. Eva Gateva, MD, et al.**
            **Docket No. CV 12-4236 (MKB)(CLP)**

Dear Judge Pollak:

We represent Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO"), in the above-referenced matter. Pursuant to the Court's direction, please allow this letter to serve as a status report.

I am pleased to advise that GEICO and Defendants, Jacob Leviev, NY Basic Management Corp. and Excellent Medical Care Solutions, PC (collectively "Management Defendants"), have reached a confidential settlement with respect to the claims against them. We are in the process of effectuating the terms of the settlement, and expect the parties to be able to file a stipulation of discontinue with respect to the Management Defendants shortly.

With respect to the remaining Defendants, as you know, Eva Gateva, MD, Hollis Medical Services, P.C., Park Avenue Medical Care, P.C., and Gentle Care Medical Services, PC (collectively "PC Defendants") have not appeared in this action and the Court has entered Certificates of Default against them pursuant to Rule 55(a). At this time, GEICO requests permission to file a motion for default judgments pursuant to Rule 55(b) against the PC Defendants.

The Court's attention to this matter is appreciated.

                              Very truly yours,

                              RIVKIN RADLER LLP

                              Ryan Goldberg

RG/rg

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555 F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495