UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

                              Plaintiffs,

      -against-                                    Docket No.: CV-12-04236
                                                               (MKB)(CLP)

EVA GATEVA, MD et al.,

                              Defendants.
------------------------------------------------X

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), for default judgments against Defendants Hollis Medical Services, P.C., Park Avenue Medical Care, P.C., Gentle Care Medical Services, P.C. and Eva Gateva, MD.  In support of its motion, Plaintiffs have submitted the March 25, 2013 Declaration of Ryan Goldberg (and exhibits annexed thereto), the March 22, 2013 Declaration of Jennifer Fogarty (and exhibits annexed thereto) and the accompanying March 25, 2013 Memorandum of Law in support, and rely on these documents as well as all of the pleadings and papers on file in this action.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within 14 days of service of these motion papers.

Case 1:12-cv-04236-MKB-RML   Document 29   Filed 03/25/13   Page 2 of 3 PageID #: 1060

Dated: Uniondale, New York
       March 25, 2013

                            Respectfully submitted,

                            RIVKIN RADLER LLP

                            By: _____
                                Barry I. Levy, Esq.
                                Michael A. Sirignano, Esq.
                                Ryan Goldberg, Esq.
                                926 RXR Plaza
                                Uniondale, New York 11556-0926
                                RR File: 5100-103
                                Telephone:  (516) 357-3000
                                Facsimile:   (516) 357-3333

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2013, a copy of the foregoing Notice of Motion, Memorandum of Law, the Declaration of Ryan Goldberg (and exhibits annexed thereto) and the Declaration of Jennifer Fogarty (the exhibits annexed thereto), were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Ryan Goldberg