UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                                 Plaintiffs,

   -against-

EVA GATEVA, M.D., HOLLIS MEDICAL
SERVICES, P.C., PARK AVENUE MEDICAL
CARE, P.C., GENTLE CARE MEDICAL
SERVICES, P.C., EXCELLENT MEDICAL CARE
SOLUTIONS, P.C., JACOB LEVIEV, NY BASIC
MANAGEMENT CORP., JOHN DOE "1"
through "5" and JOHN DOE CORPORATIONS "1"
through "5",

                                 Defendants.
----------------------------------------------------------------X

JUDGMENT
12-CV- 4236 (MKB)



        An Amended Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on May 08, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 10, 2014; granting Plaintiffs' motion for a default judgment; directing the Clerk of Court to enter judgment against the defaulting Defendants for damages as well as a declaratory judgment that Plaintiffs are not obligated to pay the outstanding claims submitted to Plaintiffs by Hollis, Park Avenue and Gentle Care; further, directing that judgment be entered as follows: (1) against Eva Gateva, jointly and severally , in the amount of $3,211,177.35 (consisting of the total of damages owed by each Corporate Defaulting Defendant, $1,070,392.45, as well as treble damages), plus prejudgment

**JUDGMENT** 12-CV- 4236 (MKB)

interest at nine percent annum interest on $1,070,392.45 from January 1, 2008 through the date of entry of judgment, (2) against Hollis in the amount of $459,305.68, plus pre-judgment interest at nine percent per annum interest on that amount from January 1, 2008 through the date of entry of judgment, (3) against Park Avenue in the amount of $530,307.58, plus prejudgment interest at nine percent per annum on that amount from January 1, 2009 through the date of entry of judgment, (4) against Gentle Care in the amount of $80,779.19, plus prejudgment interest at nine percent per annum from January 1, 2009 through the date of entry of judgment; and further, directing the Clerk of Court to enter a declaratory judgment that Plaintiffs are not obligated to pay the claims submitted to Plaintiffs by the Corporate Defaulting Defendants which claims are actively in dispute, totaling $521,841.96; and the Clerk of Court having calculated pre-judgment interest on $1,070,392.45 from January 1, 2008 to the date of entry of judgment and the prejudgment interest being $611,795.19; and the Clerk of Court having calculated prejudgment interest on $459,305.68 from January 1, 2008 through the date of entry of judgment and the prejudgment interest amount being $262,521.50; and the Clerk of Court having calculated prejudgment interest on $530,307.58 from January 1,2009 through the date of entry of judgment and the prejudgment interest amount being $255,375.77; and the Clerk of Court having calculated prejudgment interest on $80,779.19 from January 1, 2009 through the date of entry of judgment and the prejudgment interest being $49,098.20; it is

ORDERED and ADJUDGED that Plaintiffs' motion for a default judgment is granted; and that is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of

**JUDGMENT** 12-CV- 4236 (MKB)

Plaintiffs Government Employees Insurance Company, Geico Indemnity Company, Geico General Insurance Company and Geico Casualty Company and against (1) Defendants Eva Gateva and Hollis Medical Services, P.C., jointly and severally, in the amount of $721,827.18; and against (2) Defendants Eva Gateva and Park Avenue Medical Care, P.C., jointly and severally, in the amount of $785,683.35; and against (3) Defendants Eva Gateva and Gentle Care Medical Services, P.C., jointly and severally, in the amount of $129,877.39; and against (4) Defendant Eva Gateva, in the amount of $2,752,579.99; and that it is further,

  ORDERED, ADJUDGED, AND DECREED, that a declaratory judgment is hereby entered declaring that Plaintiffs Government Employees Insurance Co., Geico Indemnity Co., Geico General Insurance Company and Geico Casualty Company are not obligated to pay the claims submitted to Plaintiffs Government Employees Insurance Co., Geico Indemnity Co., Geico General Insurance Company and Geico Casualty Company by Defendants Hollis Medical Services, P.C., Park Avenue Medical Care, P.C., and Gentle Medical Services, P.C., which are actively in dispute, totaling $521,841.96.

Dated: Brooklyn, New York               Douglas C. Palmer
    May 09, 2014                  Clerk of Court

                     by:  */s/ Janet Hamilton*
                        Deputy Clerk